1

2

3

4

5

6

7

8                        United States District Court

9                       Eastern District of California

10

11

12   Rogelio Hamilton Rangel,

13          Plaintiff,                   No. Civ. S 02-1633 GEB PAN P

14       vs.                             Order

15   Nabil, et al.,

16          Defendants.

17                                 -oOo-

18      April 19, 2005, plaintiff filed a request for an order

19   regarding attendance of imprisoned witnesses and a request for a

20   court-appointed Spanish interpreter.  April 20, 2005, plaintiff

21   filed a letter requesting subpoena forms.  April 27, 2005,

22   plaintiff filed a "pretrial statement" moving for the attendance

23   of imprisoned witnesses.

24      None of these documents include the proof of service

25   required by Fed. R. Civ. P. 5 and Local Rule 5-135.  Plaintiff

26   shall file a proof of service within ten days showing the

1  documents were served on defense counsel.  Otherwise these

2  documents will be stricken.

3       So ordered.

4       Dated:  May 10, 2005.

5                                  /s/ Peter A. Nowinski
                                  PETER A. NOWINSKI
6                                  Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2