BILL LOCKYER, Attorney General
 of the State of California
THOMAS D. MCCRACKIN, Supervising
 Deputy Attorney General
KEVIN W. REAGER, State Bar No. 178478
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-5331
 Fax: (916) 322-8288

**Attorneys for Defendants**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROGELIO HAMILTON RANGEL,**<br><br>Plaintiff,<br><br>v.<br><br>**DOCTOR NABIL, et al.,**<br><br>Defendants. | CASE NO. 021633GEBPANP<br><br>[PROPOSED] **ORDER RE: EXTENSION OF TIME TO FILE PRE-TRIAL STATEMENT AND OPPOSE MOTIONS BY PLAINTIFF** |

IT IS HEREBY ORDERED that defendants' Request for Extension of Time to File Pre-trial Statement and Oppose Motions by Plaintiff be granted. Defendants' statement and opposition will be due on or before July 15, 2005. The September 6, 2005, trial date is vacated.

IT IS SO ORDERED.

Dated:  May 31, 2005.

                          /s/ Peter A. Nowinski
                          PETER A. NOWINSKI
                          Magistrate Judge

1

Order re: Request for Extension of Time