BILL LOCKYER
Attorney General of the State of California
DARRYL L. DOKE
Lead Supervising Deputy Attorney General
THOMAS D. MCCRACKIN
Supervising Deputy Attorney General
KEVIN W. REAGER
Deputy Attorney General
State Bar No. 178478
  1300 I Street
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 324-5380
  Fax: (916) 322-8288

**Attorneys for Defendant**
Dr. Deepak Mehta

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROGELIO HAMILTON RANGEL,**<br><br>                  Plaintiff,<br><br>v.<br><br>**DOCTOR NABIL,** et al.,<br><br>                  Defendants. | Case No.: CIV S-02-1633 GEB PAN P<br><br>[PROPOSED] ORDER RE: DEFENDANT'S MOTION TO MODIFY CASE SCHEDULING ORDER TO EXTEND DEADLINE FOR FILING DISPOSITIVE MOTIONS |

    Defendant's request for an extension of time to file dispositive motions was duly filed with the court pursuant to Local Rule 78-230(m). After reviewing the request and the evidence offered in support thereof and good cause appearing, IT IS HEREBY ORDERED that:

    1.    Defendant's request is GRANTED;

    2.    Defendant shall file his dispositive motion within 30 days of the service of this Order.

Dated:  December 20, 2005.

                                             /s/ Peter A. Nowinski
                                           PETER A. NOWINSKI
                                           Magistrate Judge

Proposed Order

1