IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROGELIO HAMILTON RANGEL,

    Plaintiff,                              No. CIV S-02-1633 GEB PAN P

    vs.

NABIL, et al.,

    Defendants.                           <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On February 13, 2006, plaintiff filed an opposition to defendants' motion for summary judgment. In his opposition, plaintiff states he appended exhibits A-1 through A-44 to his opposition. However, only documents A-7 and A-8 were appended.

        Accordingly, IT IS HEREBY ORDERED that within twenty days from the date of this order, plaintiff shall file complete copies of the exhibits referred to in his February 13, 2006 opposition.

DATED: March 29, 2006.

UNITED STATES MAGISTRATE JUDGE

/001; rang1633.fb