IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROGELIO HAMILTON RANGEL,

    Plaintiff,                  No. CIV S-02-1633 GEB PAN P

    vs.

DR. DEEPAK MEHTA,[1]

    Defendant.               ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On May 24, 2006, plaintiff filed a motion to appoint an expert medical witness.

        By order filed May 31, 2005, trial date in this matter was vacated. The deadline for filing dispositive motions was extended to January 21, 2006. (See December 21, 2005 Order.) Defendant filed a motion for summary judgment on January 20, 2006, which is presently submitted for decision.

        In light of the above, plaintiff's motion for appointment of an expert witness will be denied without prejudice to its renewal once the court has ruled on the motion for summary

---

[1] Dr. Mehta was the only defendant served in this action. (See Orders filed December 9, 2002 and January 8, 2003.)

1


judgment.  If the motion for summary judgment is denied, a revised scheduling order will issue and plaintiff will be given an opportunity to renew his motion.

Accordingly, IT IS HEREBY ORDERED that plaintiff's May 24, 2006 motion is denied without prejudice.

DATED: May 30, 2006.

UNITED STATES MAGISTRATE JUDGE

/001; rang1633.exp