IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROGELIO HAMILTON RANGEL,

      Plaintiff,               No. CIV S-02-1633 GEB PAN P

  vs.

DR. DEEPAK MEHTA,

      Defendant.          ORDER

_____/

      Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  On June 12, 2006, plaintiff renewed his motion to appoint an expert medical witness.  Plaintiff's first motion was denied pending resolution of defendant's motion for summary judgment.  The instant motion is denied for the same reason.  (See May 31, 2006 Order.)

      Accordingly, IT IS HEREBY ORDERED that plaintiff's June 12, 2006 motion is denied without prejudice.

DATED: July 26, 2006.

UNITED STATES MAGISTRATE JUDGE

/001; rang1633.exp2