1

2

3

4

5                          IN THE UNITED STATES DISTRICT COURT

6                        FOR THE EASTERN DISTRICT OF CALIFORNIA

7    ROGELIO HAMILTON RANGEL,

8               Plaintiff,                    2:02-cv-1633-GEB-EFB-P

9         vs.

10   DR. DEEPAK MEHTA,

11              Defendants.                   ORDER

12   _____/

13        Plaintiff is a prisoner without counsel seeking relief for civil rights violations.  *See* 42

14   U.S.C. § 1983.  On August 14, 206, judgment was entered pursuant to court order granting

15   defendant's motion for summary judgment.  On September 5, 2006, plaintiff filed a motion for a

16   certificate of appealability.  A certificate of appealability is necessary when a state prisoner is

17   seeking to appeal a district court's denial or dismissal of a writ of habeas corpus.  *See* 28 U.S.C.

18   § 2253.  Because this action was not a petition for writ of habeas corpus, no certificate of

19   appealability is necessary.

20        Accordingly, it is ORDERED that plaintiff's September 5, 2006, motion for a certificate

21   of appealability is denied as unnecessary.

22   Dated:  October 9, 2007

23

24                                            _____
                                              GARLAND E. BURRELL, JR.
25                                            United States District Judge

26