IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROGELIO HAMILTON RANGEL,

    Plaintiff,                             No. CIV S-02-1633 GEB EFB P

    vs.

DR. DEEPAK MEHTA, et al.,

    Defendants.                   <u>ORDER</u>

_____/

       Plaintiff is a state prisoner proceeding with counsel in an action brought under 42 U.S.C. § 1983.  In his November 3, 2009 Status Report, plaintiff indicates that he intends to file and serve a Second Amended Complaint naming Dr. Nabil Athanassious, the California Medical Facility, and the California Attorney General as defendants.

       Accordingly, it is hereby ORDERED that the status conference set for November 18, 2009 is VACATED, and it is further ORDERED that plaintiff shall file a Second Amended Complaint within thirty days of the date of this order.  Upon screening the Second Amended Complaint, the court will order service of the complaint as it deems appropriate.

Dated:   November 16, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE