IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROGELIO HAMILTON RANGEL,

        Plaintiff,                    No. CIV S-02-1633 GEB EFB P

    vs.

NABIL, et al.,                       <u>ORDER SETTING STATUS<br>(PRETRIAL SCHEDULING)<br>CONFERENCE</u>

        Defendants.

_____/

Pursuant to Federal Rule of Civil Procedure 16, IT IS HEREBY ORDERED that:

1. A Status (Pretrial Scheduling) Conference is set for May 26, 2010 at 10:00 a.m. in Courtroom No. 24 before the undersigned.

2. On or before Thursday, May 20, 2010, the parties shall file status reports[1] briefly describing the case and addressing the following:

    a. Possible joinder of additional parties;

    b. Expected or desired amendment of pleadings;

    c. Jurisdiction and venue;

    d. Anticipated motions and their scheduling;

---

[1] The parties are encouraged, when possible, to file a joint status report.

1

      e.    The report required by Federal Rule of Civil Procedure 26 outlining the proposed discovery plan and its scheduling, including disclosure of expert witnesses;

      f.    Cut-off dates for discovery and law and motion, and dates for pretrial conference and trial;[2]

      g.    Special procedures, if any;

      h.    Estimated trial time;

      i.    Modifications of standard pretrial procedures due to the simplicity or complexity of the proceedings;

      j.    Whether the case is related to any other cases, including any bankruptcy cases;

      k.    Whether a settlement conference should be scheduled;

      l.    Whether counsel will stipulate to the magistrate judge assigned to this matter acting as settlement judge and waiving disqualification by virtue of his so acting, or whether they prefer to have a settlement conference conducted before another judge; and

      m.    Any other matters that may add to the just and expeditious disposition of this matter.

3.    Failing to obey federal or local rules, or any order of this Court, "may be grounds for imposition by the court of any and all sanctions authorized by statute or Rule

---

[2] In completing this portion of the status report(s), the parties are advised that Judge Brennan's typical pretrial schedule requires (1) initial expert disclosures to be made within approximately sixty (60) days after the Status Conference; (2) motions to compel discovery to be noticed for hearing within approximately sixty (60) days after the expert disclosure deadline; (3) discovery to be completed within approximately thirty (30) days after the motion to compel deadline; (4) all non-discovery law and motion to be noticed for hearing within approximately sixty (60) days after the discovery completion date; (5) a final pretrial conference to be held approximately ninety (90) days after the non-discovery law and motion deadline; and (6) trial to commence approximately ninety (90) days after the final pretrial conference.

|   |   |   |
|---|---|---|
| | | or within the inherent power of the Court," including dismissal of this action. L.R. 110. |
| | 4. | The parties are reminded of their continuing duty to notify chambers immediately of any settlement or other disposition. *See* L.R. 160. In addition, the parties are cautioned that pursuant to Local Rule 230(c), an opposition, or a statement of non-opposition, to the granting of a motion must be filed at least fourteen (14) days preceding the noticed (or continued) hearing date. Local Rule 230(c) further provides that "[n]o party will be entitled to be heard in opposition to a motion at oral arguments if opposition to the motion has not been timely filed by that party." Moreover, Local Rule 230(i) provides that absent notice of intent to submit the matter on the briefs, failure to appear may be deemed withdrawal of the motion or of opposition to the motion, or may result in sanctions. |
| | 5. | The parties may consent to have this case before the assigned magistrate judge for all purposes. *See* 28 U.S.C. § 636(c). The Clerk of the Court is directed to serve on the parties the "Notice of Availability of a Magistrate Judge to Exercise Jurisdiction." All parties shall complete and execute the form and file it with the Clerk. |

DATED: May 11, 2010.

/s/ Edmund F. Brennan
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

3