IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROGELIO HAMILTON RANGEL,

        Plaintiff,                    No. CIV S-02-1633 GEB EFB P

    vs.

ORDER

NABIL, et al.,

        Defendants.

_____/

    On June 22, 2010, after receiving the parties' status report, the court issued a Pretrial Scheduling Order. The order set trial for September 13, 2011. The order also permitted plaintiff to, within thirty days, seek leave to file a fourth amended complaint adding three additional defendants. The thirty days have passed and plaintiff has not sought leave to amend.

    Accordingly, it is hereby ORDERED that a Status Conference is set for August 11, 2010, at 10:00 a.m. in Courtroom No. 24 before the undersigned. The parties should be prepared to discuss whether the schedule in this action should be modified, in light of plaintiff's failure to seek leave to amend, and/or plaintiff's age and medical condition(s). The parties need not file status reports prior to the hearing.

Dated: July 28, 2010

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE