JAY DYER (State Bar 164394)
604 10th Street
Sacramento, CA 95814
Tel: (916) 764-7060
Fax: (916) 443-5524

Attorney for Plaintiff
ROGELIO HAMILTON RANGEL

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF NORTHERN CALIFORNIA

| | |
|---|---|
| ROGELIO HAMILTON RANGEL,<br><br>    Plaintiff,<br>v.<br><br><br><br>NABIL ATHANASSIOUS, M.D.,<br><br>    Defendant, | No. CIV S-02 1633 GEB EFB P<br><br>**ORDER GRANTING STIPULATION TO CONTINUE STATUS CONFERENCE**<br><br>FRCP Rule137<br>Local Rule 5 |

Good cause appearing, IT IS ORDERED that the Status Conference currently set for August 11, 2010 at 10:00 a.m in Department 24 is continued to September 8, 2010 at 10:00 a.m. in Department 24.

DATED: August 6, 2010

    /s/ Edmund F. Brennan
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE