IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROGELIO HAMILTON RANGEL,

        Plaintiff,                        No. CIV S-02-1633 GEB EFB P

        vs.

ATHANASSIOUS,

        Defendant.                     <u>ORDER TO SHOW CAUSE</u>

_____/

        Plaintiff is a state prisoner proceeding with counsel in an action brought under 42 U.S.C. § 1983. On March 2, 2011, the case was before the undersigned for a hearing on defendant's motion for summary judgment. Dckt. No. 128. Attorney Jay Dyer, Jr. appeared on behalf of plaintiff; defendant, who is represented by Kevin Reager, Deputy Attorney General, failed to appear.

        Defendant is ORDERED to SHOW CAUSE, within seven (7) days from the filing date of this order, why he should not be taxed the costs for the appearance of plaintiff's counsel at the hearing. Additionally, the hearing is hereby CONTINUED to March 4, 2011, at 9:30 a.m., in Courtroom No. 24.

Dated: March 2, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE