IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROGELIO HAMILTON RANGEL,

        Plaintiff,                  No. CIV S-02-1633 GEB EFB P

    vs.

ATHANASSIOUS, et al.,

        Defendants.         ORDER

_____/

      Plaintiff is a state prisoner proceeding with counsel in an action brought under 42 U.S.C. § 1983. On March 4, 2011, the court heard plaintiff's motion to modify the scheduling order to extend discovery and for leave to amend, defendant's motion for summary judgment, and defendant's response to the court's March 3, 2011 order to show cause. *See* Dckt. Nos. 126, 128, 132. Attorney Jay Dyer, Jr. appeared on behalf of plaintiff; attorney Kevin Reager, Deputy Attorney General, appeared on behalf of defendant.

      For the reasons stated on the record, IT IS HEREBY ORDERED that:

      1. Plaintiff's motion to modify the scheduling order, Dckt. No. 126, is granted in that (a) the Clerk of the Court is directed to file the proposed amended complaint, Dckt. No. 133, as a fourth amended complaint; and (b) the discovery deadline established by the June 22, 2010 Status (Pretrial Scheduling) Order is extended to May 25, 2011.

2. The June 22, 2010 Status (Pretrial Scheduling) Order is further amended as follows: (a) the deadline for filing dispositive motions is continued to July 18, 2011; (b) the Final Pretrial Conference previously set before the undersigned on June 8, 2011, is continued to October 5, 2011 at 11:00 a.m. in Courtroom No. 24; and (c) the jury trial previously set for August 9, 2011, is continued to January 10, 2012 at 9:00 a.m. in Courtroom No. 10 before the assigned district judge.

3. Defendant's February 2, 2011 motion for summary judgment, Dckt. No. 128, is denied without prejudice.

4. The March 3, 2011 order to show cause, Dckt. No. 132, is discharged.

5. Plaintiff shall complete service of process on defendants Andreason and Bick within thirty days of the date of this order. Defendants' response to the fourth amended complaint shall be filed within thirty days thereafter.

DATED: March 15, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE