Print Form

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

ROGELIO RANGEL

Plaintiff(s)

vs.

NABIL ATHANASSIOUS ET. AL,

Defendants.

/

No. CV 02-1633 GEB PAN

REQUEST FOR AUTHORITY TO INCUR COSTS (APPOINTED COUNSEL) AND REQUEST FOR PAYMENT

### REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES

Complete this form and return it to the court (with two copies) for approval prior to incurring the cost for which reimbursement is requested.

I, JAY DYER                                    , attorney for plaintiff(s), declare as follows:

I was appointed to represent plaintiff(s) in this action on OCTOBER 1, 2009           , by the Honorable EDMUJND F. BRENNAN                , United States District Judge/Magistrate. I believe that the following course of action is reasonably necessary to the prosecution of this action:

1) SERVICE OF PROCESS ON DEFENDANT NABIL ATHANASSIOUS, M.D.; 2) COPYING COSTS INCURRED TO OBTAIN CLIENT'S MEDICAL RECORDS; 3) COSTS INCURRED CONSULTING WITH EXPERT, DR. SHINGHAL; 4) SERVICE OF PROCESS ON DEFENDANTS JOSEPH BICK, M.D. AND RAYMOND ANDREASON, M.D.

(e.g., deposition of _____, defendant herein).

I have made reasonable inquiry and believe that the cost of this course of action will not exceed the amount of $ 1,344.07 (ATTACHED)   .

I therefore request that this court authorize the expenditure in an amount not to exceed that stated above for the completion of this contemplated course of action.

REQUEST OF PRO BONO FOR PRE-APPROVAL OF EXPENDITURES - PAGE 2

Case Number: CV 02-1633 GEB PAN

The following payments of costs have been heretofore approved in this matter:

| Amount Approved | Purpose | Amount Paid |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

I declare under penalty of perjury that the foregoing is true and correct.

Signed this ___1___ day of __November__, 20_11_, at __Sacramento__ California.

_____
Attorney for Plaintiff(s)

The above expenditure is ___X___ Approved _____ Denied

Or, _Note that future requests must comply with Sections 2(4) 4(A)(3) of Gen Order 5/c (approval before incurring costs)._

_____ Good cause appearing therefore, this matter is set for discovery conference, pursuant to rule _____, on _____, at _____, ___.M. in Courtroom Number_____.

Dated: __1-24-2012__

_____
United States District Judge/Magistrate Judge